**Electronically Filed
Supreme Court
SCWC-29322
14-FEB-2011
04:20 PM**

SCWC-29322

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

MARIE WEITE, Respondent/Plaintiff-Appellant/Cross-Appellee,

vs.

MATSUO MOMOHARA, Petitioner/Defendant-Appellee/Cross-Appellant,

and

DOE DEFENDANTS 1-10.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 05-1-1525)

<u>ORDER REJECTING APPLICATIONS FOR WRIT OF CERTIORARI</u>
(By: Nakayama, J., for the court[1],
and Recktenwald, C.J., dissenting)

Petitioner Matsuo Momohara's application for writ of

certiorari filed on December 30, 2010 and Cross-Petitioner Marie

_____

[1]Considered by:  Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Crandall, assigned by reason of vacancy.

Weite's application for writ of certiorari filed on January 11, 2011, are hereby rejected.

DATED: Honolulu, Hawai'i, February 14, 2011.

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice



Jonathan L. Ortiz,
Wade J. Katano and
Jacqueline E. Thurston
of Ortiz & Katano for
petitioner Matsuo Momohara
on the application

Randall L.K.M. Rosenberg,
Charles E. McKay and Moana A.
Yost of Rosenberg & McKay
for petitioner Marie Weite
on the application and
response